PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00213-01** |
| ) | |
| **Mark ANDERSON** ) | |

On October 12, 2004, the above-named was placed on probation for a period of 2 years. Mr. Anderson has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER
United States Probation Officer**

Dated:   October 14, 2005
         Redding, California
         JCO/mj


**REVIEWED BY:**   /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA
                  Supervising United States Probation Officer**

Re:  **ANDERSON, Mark**
    **Docket Number:  2:04CR00213-01**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Date: November 4, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Attachment:  Recommendation

cc:  United States Attorney's Office